STEPHEN THOMAS DAVENPORT, JR. #88208
JEFFREY G. McCLURE #105681
NEIL M. GERSTNER #152974
DAVENPORT GERSTNER & McCLURE
1990 N. California Blvd., Suite 650
Walnut Creek, California 94696
Telephone: (925) 279-3430  Fax: (925) 932-1961

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)**

| | |
|---|---|
| RON BELL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FOSTER POULTRY FARMS, a California corporation, <br><br> Defendant. | No.: 1: 05CV01539 REC (SMS) <br><br> **CLASS ACTION** <br><br> **STIPULATION FOR FILING FIRST AMENDED COMPLAINT FOR WAGES, DAMAGES, PENALTIES, AND RESTITUTION** <br><br> **ORDER THEREON** |

The parties to the within action, by and through their attorneys of record, hereby stipulate and agree that the First Amended Complaint for Wages, Damages, Penalties, and Restitution, a copy of which is attached hereto as Exhibit A, may be filed.

Dated: May 3, 2006.

DAVENPORT GERSTNER & McCLURE

/s/Stephen Thomas Davenport, Jr.
STEPHEN THOMAS DAVENPORT, JR.
Attorneys for Plaintiffs

///
///
///
///

1

**STIPULATION FOR FILING 1ST AMENDED COMPLAINT**

| | | |
|---|---|---|
| 1 | Dated: May 8, 2006. | HELLER EHRMAN LLP |
| 2 | | |
| 3 | | /s/ Tracy s. Todd |
| 4 | | TRACY S. TODD<br>Attorneys for Defendant |

**ORDER THEREON**

IT IS SO ORDERED.

/s/ ROBERT E. COYLE
Dated: May 10, 2006    JUDGE, UNITED STATES DISTRICT COURT

SF 1265769 v1

2

**STIPULATION FOR FILING 1ST AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com