IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON BELL, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>FOSTER POULTRY FARMS, a<br>California corporation,<br><br>　　　　　Defendants. | CV F 05-1539 AWI SMS<br><br>ORDER REGARDING<br>STIPULATION TO CONTINUE<br>AND MOVING HEARING ON<br>DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT TO<br>FEBRUARY 20, 2007 |

　　　Defendant's motion for summary judgment is pending in this action and is set for hearing on January 16, 2007.  The parties have filed a stipulation that requests the court move the hearing on Defendant's motion to February 19, 2007.  Because February 19, 2007 is a court holiday, the court will reschedule the hearing on Defendant's motion for summary judgment on the next available hearing day.

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 16, 2007 is VACATED, and the hearing on this matter is set for February 20, 2007 at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:　January 3, 2007**　　　　　　　　　／s／ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE