STEPHEN THOMAS DAVENPORT, JR. #88208
JEFFREY G. McCLURE #105681
NEIL M. GERSTNER #152974
DAVENPORT GERSTNER & McCLURE
1990 N. California Blvd., Suite 650
Walnut Creek, California 94696
Telephone: (925) 279-3430
Facsimile: (925) 932-1961

Attorneys for Plaintiffs

PATRICIA K. GILLETTE #74461
ANDREW R. LIVINGSTON #148646
TRACY S. TODD #172884
Email: patricia.gillette@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant FOSTER POULTRY FARMS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| RON BELL., et al., | NO.: 1: 05CV01539 AWI (SMS |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **STIPULATING TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION AND ORDER THEREON** |
| FOSTER POULTRY FARMS, a California corporation, | |
| Defendant. | |
| | Courtroom: 2 |
| | The Honorable: Anthony W. Ishii |

The parties to the within action, by and through their attorneys of record, hereby stipulate and agree to move the hearing date of Defendant Foster Poultry Farms' Motion for Summary Judgment Or, In the Alternative, Motion for Summary Adjudication from Tuesday, February 20, 2007 to Monday, February 26, 2007, due to the unavailability of Defendant's counsel on February 20. The motion will be heard at 1:30 p.m. in Courtroom 2.

IT IS SO STIPULATED.

Dated: January 8, 2007            DAVENPORT GERSTNER & McCLURE


/s/Stephen Thomas Davenport, Jr.
STEPHEN THOMAS DAVENPORT, JR.
Attorneys for Plaintiffs


Dated: January 8, 2007            HELLER EHRMAN LLP


/s/Tracy S. Todd
TRACY S. TODD
Attorneys for Defendant

### ORDER THEREON

IT IS SO ORDERED.

Dated:   **January 8, 2007**            /s/ Anthony W. Ishii

0m8i78                UNITED STATES DISTRICT JUDGE

---

**STIPULATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION AND ORDER THEREON; NO.: 1:05CV01539 AWI (SMS)**