IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON BELL, et al.,  <br>　　　　　Plaintiffs,  <br>　v.  <br>FOSTER POULTRY FARMS, a California corporation,  <br>　　　　　Defendants. | CV F 05-1539 AWI SMS  <br>ORDER REGARDING STIPULATION TO CONTINUE AND MOVING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO FEBRUARY 26, 2007 |

　　　Defendant's motion for summary judgment is pending in this action and is set for hearing on February 20, 2007.  The parties have filed a stipulation that requests the court move the hearing on Defendant's motion to February 26, 2007.

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 20, 2007 is VACATED, and the hearing on this matter is set for February 26, 2007 at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:　　January 9, 2007　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE