# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON BELL, et al., | CASE NO. CV-F-05-1539 LJO SMS |
| Plaintiffs, | **ORDER GRANTING LEAVE TO AMEND** |
| vs. | |
| FOSTER POULTRY FARMS, | |
| Defendant. | |

On November 13, 2007, plaintiffs filed a motion for leave to file a second amended complaint. Defendant Foster Poultry Farms file a notice of non-opposition. Accordingly, plaintiffs' request for leave to file a second amended complaint is GRANTED.

IT IS SO ORDERED.

**Dated:   November 20, 2007**           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1