STEPHEN THOMAS DAVENPORT, JR.  #88208

JEFFREY G. McCLURE  #152974

NEIL M. GERSTNER #105681

DAVENPORT GERSTNER & McCLURE

1990 N. California Blvd., Suite 650

Walnut Creek, California  94596

Telephone:  (925) 279-3430  Fax:  (925) 932-1961

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| RON BELL, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FOSTER POULTRY FARMS, a California corporation,<br><br>Defendant. | No.  1: 05CV01539 LJO (SMS)<br><br>**CLASS ACTION**<br><br>**ORDER TO DISMISS ACTION FOLLOWING CLASS ACTION SETTLEMENT**<br><br>Complaint Filed:  December 2, 2005<br>Trial Date:  None Set |

On August 20, 2008, the parties to the within action, by and through their respective attorneys of record, filed a Stipulation For Dismissal Of Action Following Class Action Settlement (Document Number 109), in which the parties stipulated and agreed that since Defendant Foster Poultry Farms has satisfied its obligations to pay all sums required by the parties' Joint Stipulation Regarding Settlement and Release, filed November 13, 2007 (Document Number 99), and this Court's Order and Judgment on Final Approval of Class Action Settlement, filed February 22, 2008 (Document Number 107), the within matter may be dismissed with prejudice.

///

Having considered said Stipulation For Dismissal Of Action Following Class Action Settlement, the Joint Stipulation Regarding Settlement and Release, and this Court's Order and Judgment on Final Approval of Class Action Settlement, and good cause appearing, the Court hereby orders that the within action be dismissed with prejudice.

**IT IS SO ORDERED.**

**Dated:   August 26, 2008**                    /s/ Lawrence J. O'Neill

**UNITED STATES DISTRICT JUDGE**

**Davenport Gerstner & McClure**